FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 23, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PENNYMAC LOAN SERVICES, LLC, a Delaware limited liability company, <br><br>               Plaintiff, <br><br>    v. <br><br> STATE FARM FIRE & CASUALTY COMPANY, an Illinois corporation, <br><br>               Defendant. | No.   1:19-cv-03077-SMJ <br><br> **ORDER DISMISSING CASE** |

On July 22, 2020, the parties filed a stipulated dismissal, ECF No. 20. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Dismiss, **ECF No. 20**, is **GRANTED**.

2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

**5.**    The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 23rd day of July 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2